| | | |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. 17-4057 DIV: ___ |
| | | FILED |
| FIRST NBC BANK, | * | CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | * | PARISH OF ORLEANS  2017 APR 28  P 3: 37 |
| BANKING CORPORATION | * | STATE OF LOUISIANA  CIVIL DISTRICT COURT |

## ORDER

Considering the above Motion

IT IS HEREBY ORDERED THAT:

1. First NBC Bank is hereby closed;

2. The liquidation of First NBC Bank is hereby ordered to be commenced;

3. The Federal Deposit Insurance Corporation is confirmed as receiver of First NBC Bank;

4. John Ducrest, the Commissioner of Financial Institutions of the State of Louisiana, the Conservator of First NBC Bank, is hereby discharged;

5. The FDIC is hereby vested with title to all assets of First NBC Bank without the execution of any instruments of conveyance, assignments, transfer, or endorsement, and is vested with the full and exclusive management and control of the Bank; and

6. All exhibits to these pleadings be placed under seal of the Court.

Signed in Chambers in the City of New Orleans, Louisiana, on this 28TH day of April 2017, at 4:00 pm P. M., as necessary to accomplish the purposes of this order, but no later than 4:00 P.M., Central Standard Time, April 28, 2017.

Judge, Civil District Court (Ad Hoc)

| | | |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. 17-4057 FILED DIV. ___ |
| FIRST NBC BANK, | * | CIVIL DISTRICT COURT |
| NEW ORLEANS, LA, A LOUISIANA | * | PARISH OF ORLEANS |
| BANKING CORPORATION | * | STATE OF LOUISIANA |



## ORDER

The foregoing Application to Confirm Conservator and Commence Conservatorship and the Commissioner's Affidavit considered,

IT IS HEREBY ORDERED THAT:

1. Applicant, John Ducrest, Commissioner of Financial Institutions, State of Louisiana, is hereby confirmed as conservator of the First NBC Bank, New Orleans, LA, Parish of Orleans, Louisiana;

2. The conservatorship shall commence immediately upon the signing of this Order.

3. Exhibit A and its Attachment 3, to these proceedings shall be placed under seal.

Signed in Chambers at New Orleans, Louisiana, on this 28th day of April, 2017, at 9:15 A. M., Central Standard Time.

_____
Judge, Civil District Court (Ad Hoc)

VERIFIED

3