

| Info | View | Filed | Entered | Description |
|---|---|---|---|---|
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - FIRST NBC BANK |
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - FEDERAL DEPOSIT INSURANCE COMPANY |
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - SUMMIT INVESTMENT MANAGEMENT LLC |
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - RYAN, ASHTON |
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - SBN V FNBC LLC |
| (i) | 📄 | 10/23/2018 | 10/23/2018 | Citation and Service Copies of Petitions Issued - ST ANGELO, GREGORY |
| (i) | 📄 | 10/15/2018 | 10/16/2018 | Petition for Declaratory Judgment AND DAMAGES |